USDC SCAN INDEX SHEET










```
SUI   6/9/04 12:13
3:04-CV-00659   SEAL V. SEAL
*2*
*DOCSEAL.*
```

**FILED**

**6/8/04**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

4cv659-BTM (RBB)

USA ex rel

-v-

Edwin Mickel

SEALED DOCUMENT

**2-Exparte Appl**