USDC SCAN INDEX SHEET










RYC    6/19/06    10:43

3:04-CV-00659    KUEHL V. MICKEL

*17*

*NONOPPM.*

CAROL C. LAM
United States Attorney
LAWRENCE A. CASPER
Assistant U.S. Attorney
California Bar No. 235110
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7455

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. AARON KUEHL, <br><br> Plaintiffs, <br><br> v. <br><br> EDWIN MICKEL, M.D., PATRICIA HOWARD, DOE MEDICAL CLINIC AND DOES 2 THROUGH 50, <br><br> Defendants. | Case No. 04-CV-0659 BTM (RBB) <br><br> **UNITED STATES' STATEMENT OF NON-OPPOSITION TO RELATOR'S MOTION TO DISMISS** |

Pursuant to 31 U.S.C. § 3730(b), the United States of America, through its undersigned counsel, hereby advises the Court that it does not oppose Relator's motion to dismiss the instant action in which the United States declined to intervene in December 2005.

DATED: June 15, 2006

Respectfully submitted,

CAROL C. LAM
United States Attorney

LAWRENCE A. CASPER
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. AARON KUEHL,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>EDWIN MICKEL, M.D., PATRICIA HOWARD, DOE MEDICAL CLINIC AND DOES 2 THROUGH 50,<br><br>　　　　　Defendants. | Criminal Case No. 04-CV-0659 BTM (RBB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Yvette Reyes, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293 San Diego, California 92101-8800; I am not a party to the above-entitled action; and subsequent to filing with the Clerk of the Court, I deposited in the United States mail at San Diego, California, in an envelope bearing the requisite postage, a copy of:

**UNITED STATES' STATEMENT OF NON-OPPOSITION TO RELATOR'S MOTION TO DISMISS.**

To:
M. Gayle Askren, Esq.
825 Alameda Boulevard
Coronado, CA 92118

to the last known address, at which place there is delivery service of mail from the United States Postal Service.

Executed on June 16, 2006.

_____
Yvette Reyes